# UNITED STATES BANKRUPTCY COURT
Northern District of California (San Francisco)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/29/03.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Gregory C. Collis

10 Poplar Ave.
Millbrae, CA 94010

| | |
|---|---|
| Case Number:<br>03–33821 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–3592 |
| Attorney for Debtor(s) (name and address):<br>Gary R. Brenner<br>Law Offices of Mortola and Brenner<br>630 N San Mateo Dr.<br>San Mateo, CA 94401<br>Telephone number: (650) 348–2044 | Bankruptcy Trustee (name and address):<br>E. Lynn Schoenmann<br>800 Powell Street<br>San Francisco, CA 94108<br>Telephone number: 415–362–0415 |

## Meeting of Creditors:

Date: **February 4, 2004** Time: **10:00 AM**

Location: **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 250 Montgomery St. #1010, San Francisco, CA 94104**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 4/5/04**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>235 Pine Street, 19th floor<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number: 415–268–2300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 12/30/03 |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

# EXPLANATIONS

FORM SF1 (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Actions by Trustee Permitted Without Notice | Unless an objection is filed within 15 days of the date of this notice , the trustee may, without further notice or hearing: (1) sell non−exempt property from an estate that has an estate that has an aggregate gross value of less than $2,500 (FRBP 6004 (D)) or (2) abandon to the debtor any scheduled asset which the trustee determines has an inconsequential net value to the estate (11 U.S.C. §554(C) ). |

−− Refer to Other Side for Important Deadlines and Notices −−

**BAE SYSTEMS**

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

District/off: 0971-3 User: mgini Page 1 of 1 Date Rcvd: Dec 30, 2003
Case: 03-33821 Form ID: SF1 Total Served: 28

The following entities were served by first class mail on Jan 01, 2004.

| | |
|---|---|
| db | +Gregory C. Collis, 10 Poplar Ave., Millbrae, CA 94030-2445 |
| aty | Gary R. Brenner, Law Offices of Mortola and Brenner, 630 N San Mateo Dr., San Mateo, CA 94401 |
| tr | E. Lynn Schoenmann, 800 Powell Street, San Francisco, CA 94108 |
| smg | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacrament, CA 94230 |
| smg | IRS, Special procdures Staff, 1301 Clay St. Ste. #1400-S, Sacramento, CA 95812 |
| ust | Office of the U.S. Trustee / SF, Office of the U.S. Trustee, 250 Montgomery St. #1000, San Francisco, CA 94104 |
| 7109524 | Carrola Physical Therapy, 1740 Marco Polo Way, Burlingame, CA 94010 |
| 7109525 | Chase, 900 Stewart Ave, Garden City, NJ 11530 |
| 7109526 | Chase Automotive Finance, PO Box 15700, Wilmington, DE 19886-5700 |
| 7109527 | Citibank, PO Box 6410, The Lakes, NV 88901 |
| 7109528 | Citibank USA, Box 15109, Wilmington, DE 19850 |
| 7109529 | Costco, Box 15521, Wilmington, DE 19850 |
| 7109530 | Discover Card, PO Box 30395, Salt Lake City, UT 84130-0395 |
| 7109531 | Franchise Tax Board, Vehicle Registration and Collections, PO Box 419001, Rancho Cordova, CA 95741 |
| 7109532 | J & L, Box 70394, Stockton, CA 95267 |
| 7109533 | Kathleen Ryan Collis, 10 Poplar Ave, Millbrae, CA 94030 |
| 7109535 | MBNA America, PO Box 15102, Wilmington, DE 19850 |
| 7109534 | MBNA America, Individualized Bankcard Services, PO Box 15027, Wilmington, DE 19850 |
| 7109536 | Mills Peninsula, Box 661868, Arcadia, CA 91066 |
| 7109537 | +Nissan Motor Acceptance, Dept 4732, Los Angeles, CA 90096-0001 |
| 7109538 | North Shore Agency, For Metrocall, Box 8909, Westbury, NY 11590 |
| 7109539 | Prime Time Athletic Club, 1730 Rollins Rd, Burlingame, CA 94010 |
| 7109540 | Saloman Smith Barney, Citibank, Box 8034, South Hackensack, NJ 07606 |
| 7109541 | Sears, Payment Center, 86 Annex, Atlanta, GA 30386 |
| 7109542 | Tec Collect, 730 Rollins Rd, Burlingame, CA 94010 |

The following entities were served by electronic transmission on Dec 31, 2003 and receipt of the transmission was confirmed on:

| | | |
|---|---|---|
| 7109523 | EDI: RESURGENT.COM Dec 31 2003 06:29:00 | Alegis Group LP, Box 740948, Houston, TX 77274 |
| 7109527 | EDI: CITICORP.COM Dec 31 2003 06:29:00 | Citibank, PO Box 6410, The Lakes, NV 88901 |
| 7109528 | EDI: CITICORP.COM Dec 31 2003 06:29:00 | Citibank USA, Box 15109, Wilmington, DE 19850 |
| 7109541 | EDI: SEARS.COM Dec 31 2003 06:29:00 | Sears, Payment Center, 86 Annex, Atlanta, GA 30386 |

TOTAL: 4

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2004** **Signature:** Joseph Speetjens